UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JEANETTE JOGIEL,

        Plaintiff,

   v.

ENHANCED RECOVERY CORPORATION.,

        Defendant.
_____/

NO. CIV. S-09-1148 FCD KJM

ORDER TO SHOW CAUSE

----oo0oo----

    An Order Requiring a Joint Status Report was filed on April 28, 2009 requiring that a joint status report should be filed within sixty (60) days of service of the complaint on any party, or from the date of removal.  A review of the court's docket shows that an answer to the complaint was filed on July 13, 2009.  However, it does not show that a joint status report has been filed. On September 11, 2009, a minute order was issued requiring that a Joint Status Report was to be filed on or before October 13, 2009, with all parties participating.  The parties were reminded that a failure to file a joint status report in a timely manner may result in the imposition of sanctions.

The Court considers counsels' failure to comply with its April 28, 2009 order and its September 11, 2009 minute order very serious violations.

The court, therefore, makes the following order:

1. Mr. Nicholas Bontrager and Mr. Adam Hamburg are ordered to show cause why they should not be sanctioned in the amount of $450.00 ($150.00 each for failing to comply with the court's April 28, 2009 order, and the court's September 11, 2009 minute order).

2. Counsel shall file a response to the Order to Show Cause on or before November 25, 2009.

3. A hearing on the order to show cause and a status conference are set for December 11, 2009 at 10:00 A.M.

IT IS SO ORDERED.

DATED:  October 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE